IN THE UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS,
PINE BLUFF - DIVISION

---- CIVIL COMPLAINT ---

C. R. F. BRANNON    5:15-CV-315-DPM-JTR    PLAINTIFF

-vs-    JURY TRIAL DEMANDED

JOHN O. LYTLE, DOCTOR C.C.S.    DEFENDANTS
A.D.C.; BERNARD G. CROWELL, DOCTOR
C.C.S./A.D.C.; TROY MOORE, DOCTOR
C.C.S./A.D.C.; ESTELLA BLAND, A.P.N.
CUMMINS UNIT, A.D.C. AND C.C.S. INC.

---

(1.) Comes now the Plaintiff, C.R. Floyd Brannon by and through his own power and for his complaint against the defendants so named above. Plaintiff is now currently housed at the Cummins Unit.

## JURISDICTION

(2.) This is a Civil Action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law of rights secured by the Constitution of the United States, 28 U.S.C.1343 (A)(1)(2)(3) and also this court has supplemental jurisdiction over plaintiff State Tort Claims 28 U.S.C. 1367.

Plaintiff Brannon seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Brannon claims for Injunctive Relief are authorized by 28 U.S.C. Section 2283 and 2284, and Rule 65 of the Federal Rules of Civil Procedure.

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Ray__

## VENUE

The Eastern District of Arkansas is also an appropriate venue for this action under 28 U.S.C. 1391 (b)(1) because the defendants reside in this district.

The Eastern District of Arkansas is also an appropriate venue under 28 U.S.C. 1391 (b)(2) because a substantial part of events an omissions giving rise to the claims occurred in this district.

---

(3.) In connection with the delay in much needed treatment for a blew out knee that happen in 9-2-2009. I was playing softball on my yard call, I was running to catch a fly ball and I step in a hole and blew out my left knee. The nurse that came out on yard an got me, took me to infirmary. She check my knee and when she saw it she said, (Ho My!), then she went to the phone and called the doctor that was on call and told him that my knee was bad and that I needed to go to hospital. The doctor that was on call told her to wrap it up and give me shots for the pain and he or she would look at it the next morning. Now this is Cruel and Unusual Punishment. Now this is Deliberate Indifference for my delay in treatment.

---

(4.) Now after my delay in treatment, I was sent on the 9-3-09 to see Dr. John O. Lytle at the hospital who at this time x-ray my left knee and then he put a splint on my leg. Then delaying even longer put me off another day. On 9-4-09, Dr. Lytle finally did surgery on my left knee. He told me at this time that he might have to do a knee replacement. He was right he had put my knee back together and it was so out of line on 8-28-2010 he put me in a new knee. He either put in a bad knee or he mess up somehow because I have had trouble out of my knee every since. It wakes me up from sleep at night and I still to this day have severe pain all the time and I still

can't straighten my leg out. Now this is Deliberate Indifference for the treatment I received and a malpractice suite on his behalf. Judge D. P. Marshall Jr. dismissed this case without prejudice [#5:13-CV-16-DPM-HDY] 3/27/2014

---

(5.) Now this has went on every since 9-2-2009, now I've been trying to get some help with my leg but no help came. I've been to infirmary many times but I'm still in severe pain an still I have to use a crutch to get around most of the time. Now I've started seeing Ms. Estella Bland (APN) an I've seen her through the years in 2012. She told me that there was nothing she could do for me. So I wrote a grievance on her because she refused to help me. For this she retaliated against me by taking my pain medicine away from me. then she put me into see the new doctor, Dr. Troy Moore but later on I was laid in to see Ms. Bland again but I signed a refusal to see her because I had already filed a civil lawsuit against her [ Case # 5113-CV-0016-DRM/HDY] So she retaliated against me again she had the officer in the infirmary (Sgt. Lasister) to take away my crutch and cane. I had to write a grievance over that just to get my crutch back. Now it has been like this every since I had my first surgery back in 9-2-2009. Now this is deliberate indifference for like of treatment and causing more pain and suffering because of like of treatment. Now this grievance I wrote on Ms. Bland was in 3-10-14, this grievance number is #CU-14-00655. I'm sending you a copy of this grievance plus some other grievance number that I have wrote over this battle to get something done for my leg. Grv.#CU-12-02130, CU-12-01326 there are others but I've misplaced them somehow.

---

(6.) Now after Ms. Bland put me in to see Dr. Troy Moore it was about the same, Dr. Moore said about the same as Ms. Bland. Dr. Moore told me that he couldn't do anything for me and he

3

even told me that some people just don't heal like other people do. Now this was around May 2012. Now Dr. Moore put me in to see a Dr. Bernard G. Crowell, but unbeknowing to me all this time being seen by Dr. Moore I hear through the infirmary that Dr. Moore wasn't even suppose to be seeing any patients because he had no licenses at the time. After all of this the U.S. Marshal and the State Police came in and escorted Dr. Moore off A.D.C. property. Now this is deliberate indifference and if he had no licenses at the time he was treating me shouldn't this be a malpractice suit as well or some other kind of charge. Grv. #CU-12-02130 is on Moore the other Grv. #CU-12-01326 is on D.r Crowell and Ms. Bland. I will send you both copies.

Now when I saw Dr. Bernard G. Crowell he told me that he was going to perform optic surgery on my knee to see if he could do anything for it. Well when he did his surgery all he did was take out some scar tissue about 4 to 6 inches above my knee. Other words he didn't do anything to help me or the pain in my knee. All he did was make him a check and by doing so cause me more pain at the time. Now this is deliberate indifference because the treatment he did was to no help to my knee and in fact caused me more pain.

---

(7) Now Corizon which is now C.C.S. is cause of a lot of this pain because of the fact they want let the doctor's or nurse's do their jobs right because they are trying to save money at the inmate expense. Because of their doings I and other inmates have to suffer for the fact of their saving money. This is deliberate indifference for the lack of treatment over them trying to save money.

## "FEDERAL CLAIMS"

Eighth Amendment Violation, Due Process, Fourteenth Amendment Violation. Deliberate Indifference to a serious medical need delayed medical treatment. Failure to Protect, Cruel and Unusual Punishment, Unnecessary Wanton Infliction of Pain

(8.) ## "STATE TORT CLAIMS"

Negligence, Gross Negligence, Hazardous Negligence, Reckless Disregard for other's safety, Medical Malpractice, Negligence Care, Callous Indifference.

(9.) [Estelle vs. Gamble, 429 U.S. 97, 104, 97, S. Ct. 285.50 L. Ed 2d 251 (1976);][Chance vs. Armstrong, 143 F. 3d 698. 702 (2d Cir. 1998);[Estelle, 429 U.S. at 104, 97 S. Ct. 285]; [Chance, 143 F. 3d at 702]; McGuckin vs. Smith, 974 F. 2d 1050, 1059-60 (9th Cir. 1992)

(10.) Relief sought from all defendants for their deliberate indifference to my serious medical needs and the conditions I'm in are the results from all defendant's deliberate indifference. I'm being subject to cruel an unusual punishment, which is prohibited by the Eighth and Fourteenth Amendment of the United States Constitution.

## PRAYER FOR RELIEF

Plaintiff is seeking Punitive Damages, Nominal Damages, Compensatory Damages from each defendant that's found guilty for the deprivation of my Constitutional Rights and State Law Tort Claims for Negligence, and Recklessness.

(11.)      The deliberate delays in treatment for almost 6 years should be enough by law to award damages for the unnecessary wanton infliction of pain an suffering and emotional stress that I had to go through because of the deliberate delayed treatment. [Hayes v. Faclkner, 388 F. 3d 669 (8th Cor. 2006)]

---

(12)      Plaintiff should be allowed damages for Punitive, Nominal, Compensatory, and any and all other relief that hits Honorable Court may deem appropriate.

---

(13.)      I, C.R. Floyd Brannon, declare under penalty and perjury, 18 U.S.C. 1621 that the foregoing is true.

---

(14.)      If you check [Case#5:13-CV-00016-DPM] Document #84-0, page 3 of 3, you will see where Judge Young assumed,. as has this court, that Brannon's knee replacement was unsuccessful. 3-27-2014

On 9-2-09 I C.R. Brannon was playing softball in step in a hole while running after a fly ball, I blew out my left knee. The nurse from the Infirmary came out on yard & got me with wheel chair. She took me to Infirmary she looked at knee she said (Ho-my) & went to phone to call doctor who was on call she told him or her that it was bad & needed to go to hospital, the doctor who was on call told her to wrap it up & to give me shots for the pain & she or he would look at it the next morning. Next day I was sent to hospital to see Dr. John Lytle who had me X-rayed & after put splint on my leg. Then the next day which was 9-4-09 did surgery he had it so out of line that in 8-28-2010 he had to put me in a new knee it is a bad knee or he just mess up again. I've had trouble out of it ever since. I went to Infirmary a lot of times trying to get help. I was seen by Ms. Bland (APN) & also a Dr. Moore who knew or should have known how to help me. I kept going to them to try to get help they finally told me that they couldn't do nothing for me. I was then sent to see a Dr. Crowell who did optic surgery but, done nothing that help me. I still to this day have server pain that wakes me up from sleep & I've never been able to straighten my leg out. I've filed grievances on both Dr. Moore & Ms. Bland. Dr. John Lytle, Ms. Bland, Dr. Moore & Dr. Crowell who works through Corizon which is now C.C.S. Ever thing I try to ~~get help I get keep~~ do to get help I get Retaliated against. I even had my crutch & cane took away from me because I refused to see Ms. Bland because of my law suite against her & this was on the 3-10-2014. ~~I'm seeking medical malpractice, Negligence & deliberate Indifference & I pray that the courts help with this settlement. This is a Reckless disregard for my Health & safety & what I got out of all this is a ruint leg.~~

I'm seeking Relief for the medical malpractice, Negligence and inadequate medical treatment that I recieved from all above defendants - monatary, nominal, Damages, pain & suffering Emotional Distress punitive Damages and all other Relief that this court seems Appropriate.

| _C.R. Brannon_ | _124405_ | _5/15/14_ |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAY 2 2 2014

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: Cummins

Name: C.R. Brannon

ADC# 124405   Brks # 8B   Job Assignment G/F

FOR OFFICE USE ONLY
GRV. # CU-14-00655
Date Received: CUMMINS UNIT GRIEVANCE OFFICE
GRV. Code # 604

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

3/10/14 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Server pain left knee. This is the same as the other. They say my script was up for renewal But my script is good until

Is this Grievance concerning Medical or Mental Health Services? Yes   If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3/7/14 I was laid in to be seen by Ms. Bland but due to my having an active civil litigation case pending in Federal court (case# 5113-cv-0016-DPM/HDY) it is on my better judgement I signed a Refusal form. At which time the security officer (Sgt. Lasister) whom was at the infirmary post, in retaliation, she ordered me to turn in my crutches & cane even though I have a valid script. Now due to these action I am suffering server pain in my already messed up knee. This goes to Deliberate Indifference & cruel & unusual punishment that which forbidden by 8th Amendment of US Constitution

C.R. Brannon                                      3/10/14
Inmate Signature                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3-10-14 (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date 3-10-14

Sgt. T.Hill    6614
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Your scripts were terminated on 3-7-14 and the medical products cane and crutch was returned to security. A Revey 03-11-14

Staff Signature & Date Returned R. Crypt 3/18/14   Inmate Signature & Date Received C.R. Brannon 3/18/14

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

8 B

IGTT420  
3GH

Attachment IV

INMATE NAME: Brannon, C.R. F.    ADC #: 124405A    GRIEVANCE #: CU-14-00655

HEALTH SERVICES RES~~~~~~UNIT LEVEL GRIEVANCE

(GRV 655) Your 3/10/14 grievance has been received and reviewed as well as you medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

In your grievance you state you signed a refusal form to see Ms. Bland on 3/07/14 because you have a lawsuit pending against her and as a result, your script for your crutches and cane was terminated.

Your litigation process against a particular provider will not affect you being scheduled with that provider. You are encouraged to not sign a refusal form when scheduled as this will only prolong your health care needs getting addressed. Because you were not actually examined by the provider at the time of the termination of your scripts, this grievance is found with merit. You will be scheduled to see a provider for the issues listed in this grievance

*Dana Peyton*

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Dana Peyton, RN, HSA    05/14/2014  
Title    Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? But this Provider (Ms. Bland) has been argumentative and also has shown disdain for me since having been served Summons. She has terminated use of crutches as well as cane and/or wheelchair even though can barely walk! So this is proof of Deliberate retaliation by Provider Bland. And is causing harm as well as Pain & Suffering without pain medication of any type.

IGTT430
3GD

Attachment VI

INMATE NAME: Brannon, C.R. F.   ADC #: 124405   GRIEVANCE#:CU-14-00655

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On March 10, 2014, you grieved that you were scheduled with Mrs. Bland, APN, and upon arriving at the infirmary, you signed a refusal due to a civil litigation case pending; however, you were asked by infirmary security to turn in your crutches and cane even though your restriction was valid. You state you are suffering from pain. You state this shows deliberate indifference and cruel and unusual punishment towards you.

The medical department responded, "Your litigation process against a particular provider will not affect you being scheduled with that provider. You are encouraged to not sign a refusal form when scheduled as this will only prolong your health care needs getting addressed. Because you were not actually examined by the provider at the time of the termination of your scripts, this grievance is found with merit. You will be scheduled to see a provider for the issues listed in this grievance."

Your appeal states that this is proof of deliberate indifference by Mrs. Bland, APN. You state she is causing harm as well as pain and suffering.

The medical department found your grievance with merit and stated you would be seen by the provider for these issues; however, you have not seen the provider regarding these issues.

My staff has contacted your unit medical department and asked that you be scheduled with the provider in regards to these issues.

This appeal is with merit.

_____   _____7/7/14_____
Director                     Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Cummins__

Name __C.R. Brannon__

ADC# __124405__   Brks # __8-B__   Job Assignment __C/F__

FOR OFFICE USE ONLY
GRV. # __CU-12-01326__
Date Received: __JUN 0 4 2012__
GRV. Code # __CUMMINS UNIT GRIEVANCE OFFICE__
__600__

__5-25-12__ (Date) STEP ONE: Informal Resolution

__6/1/12__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __My leg is still mess up I just want it fixed. No-one was concerned about what Dr Crowell said about__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __yes__   If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __Since Sept. 2, 2009, when I broke my Fibula bone and blew-out my Left Knee, I have had 1-Knee Replacement after first having Surgery to correct the Knee by Dr Lytle of Pine Bluff, all of which has resulted in more suffering. Then an Optic Surgery on my leg by Dr Crowell on the 15th of March 2012! whereby my stitches were due out in a week. But after several request's to have them removed and several week's had to remove them myself. Then on 18th of May X-Ray was taken and Results said That my leg was Fine, But to This very day I can not straighten out my leg and am in constant Pain. Now on 5-25-12, I was given a Cane, and had my wheelchair taken away because "Dr Crowell said for me to walk as much as possible". But Nothing was said to me by Dr Crowell. IT causes severe pain to a point of near collaspe! This type Treatment is Cruel & unusual punishment and showes Deliberate indifference to Medical needs as prescribed & Protected by U.S. Constitutional amendment 6th, 8th, and 14th.__

(side note: __Taking my stitches out after 2 weeks, but I was more than happy to take my wheelchair__)

__C.R. Brannon__                          __5-25-12  12:39pm__
Inmate Signature                           Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date __5/25/12__

__CO D. Selmon__           __90629__    __(signature) Selmon__           __5/25/2012__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received

Describe action taken to resolve complaint, including **dates**: __Dr Warren stated This was requested per Dr Crowell, To Take wheelchair. If you are having any problems, Place a sick call requests.__

__(signature) Mathews Rn  5/31/12__

__King 6/1/12__                           __C.R. Brannon  6/1/12__
Staff Signature & Date Returned           Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____   (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two

IGT 420
3GH

Attachment IV

INMATE NAME: Brannon, C.R. F.      ADC #: 124405A      GRIEVANCE #: CU-12-1326

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(609) You reported in your complaint of 5-25-12 that your wheelchair was taken from you and you were given a cane. You report you were told that Dr Crowell wanted you to walk as much as possible but nothing was said to you by Dr Crowell. Dr Crowells notes indicate for you to exercise knee and quadriceps strengthening and for crutches or a cane. You reported that it causes you severe pain to the point of collapse to walk. You were seen by the provider on 6-13-12 and referred to the unit provider. I find no indication that this appointment has occurred therefore I find this grievance with merit but resolving as you have been rescheduled.

_____        _____        7-2-12
Signature of Health Services                    Title                              Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

JUL 6 2012

HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? This complaint was filed as of 5-25-12, yet to not be seen until 6-13-12 only to be told I would be Rescheduled is not serving any purpose to solution. I must still as I have been all these weeks suffer an deal with severe pain. Now I have even been taken off all pain medication as if I were somehow marackishly healed. Therefore I must pursue this process in order to take further legal action for providers at Cummins Unit & Corizon being deliberately indifferent to my medical needs and forcing me to suffer excruciating pain.

C.R. Brannon              124405        7-3-12
Inmate Signature            ADC#          Date

IGTT420                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Brannon, C.R. F.     ADC #: 124405     GRIEVANCE#:CU-12-01326

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On May 25, 2012, you grieved that your wheelchair has been discontinued. You state that you had surgery on your knee in March 2012 and need the wheelchair. You state that you cannot straighten out your leg. You state that you were issued a cane on May 25, 2012 and your wheelchair was taken away from you. You were advised that Dr. Crowell said you needed to walk as much as possible, but he did not tell you. You further state you had to take the stitches out yourself.

The medical department responded, "You reported in your complaint of 5-25-12 that your wheelchair was taken from you and you were given a cane. You report you were told that Dr Crowell wanted you to walk as much as possible but nothing was said to you by Dr Crowell. Dr Crowell's notes indicate for you to exercise knee and quadriceps strengthening and for crutches or a cane. You reported that it causes you severe pain to the point of collapse to walk. You were seen by the provider on 6-13-12 and referred to the unit provider. I find no indication that this appointment has occurred therefore I find this grievance with merit but resolving as you have been rescheduled"

Your appeal states that you filed the complaint on May 25, were not seen until June 13 just to be advised that you would have to be rescheduled, and your pain medication has been discontinued.

According to your medical record, you were seen by Dr. Crowell on May 23, and he noted that you needed to exercise your knee, do quad strengthening, use a cane or crutches, and a follow up was not indicated. You were seen by Mrs. Bland on June 13, for complaints of wanting Tramadol and a wheelchair. Mrs. Bland ordered Salsalate for you, referred you to Dr. Moore, encouraged you to practice the quad exercises that you discussed with Dr. Crowell, and noted that you stated that you were not going to do them because they made your knee hurt. You were advised in the medical department's response on July 6, that you would be scheduled to see Dr. Moore regarding Mrs. Bland's referral. A review of your medical record indicates that you have not been seen by Dr. Moore. You were seen by Mrs. Bland on August 13, regarding a mat script, back pain, diarrhea and not being seen by Dr. Moore. Mrs. Bland ordered you a clear liquid diet, Aspirin 81 mg, and Pink Bismuth, issued a script for a cane, crutches and prescribed foot wear, and she referred you to Dr. Moore regarding pain medication and a mat script. A review of your medical record indicates that you have not been seen for this referral according to your electronic record. A request has been made to your unit medical department for you to be scheduled with Dr. Moore at the next available time. A review of your medical record indicates that you have an order for Tylenol and Salsalate to help assist with your pain.

Due to the delay in you being seen by Dr. Moore, this appeal is with merit.

_Wendy Kelley_    _8/24/12_
Director           Date

Unit/Center **Cummins**

Name **C.R. Brannon**

ADC# **124405**   Brks # **8-B**   Job Assignment **G/F**

FOR OFFICE USE ONLY
GRV. # **CU-12-02130**
Date Received: SEP 04 2012
GRV. Code #: **6**

**8-30-12** (Date) STEP ONE: Informal Resolution

**8-31-12** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: **On Records are falsified, See Following INF. Video Film, Hallway Camera in Front of INF. as well as Security Logs for Inf.**

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? **yes** If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **On 8-29-12 I went to see Dr. Moore whom did not show any actual concern as to the issue at hand. That being that having had knee replacement surgery with further orthoscopic surgery that has still left me unable to walk properly. I'm in constant pain. Dr. Moore & Infirmary staff took away wheelchair, extra mattress, not to forget about having taken away all pain medications. Wherefore having basicly stated "your healed." But Dr. Moore never properly evaluated my knee. He said "There are just some people whom don't heal properly." If you look, everyone else here at Cummins who had knee replacements have been able to resume all activities to include running & play ball. Me, I can't walk without severe pain constantly. I have been shown deliberate indifference by Dr. Moore & Corizon wherefore Denying my 8th Amendment rights. This is my only cause of action/redress prior to having to see legal action pursuant to 42 USC §1983 litigation for pain & Suffering.**

**C.R. Brannon**                                    **8-30-12**
Inmate Signature                                      Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on **8-30-12** (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or **No**). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: **Steve Kim**   Date **8-30-12**
**Scallion**   **9253**   _Mrs. M___   **8-30-12**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: **There is no documentation in the computer that you were seen by Moore on 8/29/12.   Mathews RN 8/30/12**

**J King 8-31-12**                              **X C.R. Brannon 8/31/2012**
Staff Signature & Date Returned                  Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: **OCT 8 2012**
If forwarded, provide name of person receiving this form: _____   Date: _____

DISTRIBUTION: YELLOW & PINK – Inmate Receipts; BLUE-Grievance Officer; ORIGINAL-Given back to Inmate After Completion of Step One and Step Two.

IGT1420   Attachment IV
3GH

INMATE NAME: Brannon, C.R. F.    ADC #: 124405A    GRIEVANCE #: CU-12-02130

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(609) Your 8-31-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you.
You state on 8-29-12 Dr Moore did not properly evaluate your knee and has taken away your wheelchair, extra mattress and taken away all pain medications.
You were seen by Dr Moore on 8-29-12. Dr Crowell recommended knee exercises, Quadriceps strengthening and ambulation with a cane or crutches, not a wheel chair. You admitted to not performing the exercises because it hurt. You were informed there was no medical indication for an extra mattress at that visit. Dr Moores notes indicate he could not perform a complete assessment of your knee because you became angry and left. You have orders for Naproxen and Tylenol for pain. Your grievance is without merit. The response at the informal level was in error.
If your medical condition changes please address any concerns through the sick call process.

_____    _____    __10-2-12__
Signature of Health Services    Title    Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
OCT 8 2012
HEALTH & CORRECTIONAL PROGRAMS

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Okay To start with if you check on my grievance you will see where Dr. Moore states that he didn'd even see me on this day of 8-29-2012. He did I ask him 3 or 4 times what could be done about my knee to help it he kelp saying there is nothing they could do for my knee. Now he told me this time after time. I even ask him why can't something be done, he just kelp telling me that there was nothing they could do so I got up and left but he still falsify the records about not seeing me on 8-29-2012

IGTT420    Page 1 of 2

| Inmate Signature | ADC# | Date |

Now about my extra mad if you will check my medical records you will see that I have deteriorating dis in my back Also both of my shoulders joints are bad plus now I have a bad leg & hip because I've lost all my muscle over a <u>bad knee replacement</u> if that ain't reason enough for a extra mad well what is.

Now about the exercise Dr. Crowell show me on my knee I don't know who told you that I don't do that exercise because it not true. I do them I just can't do them like the doctor show me, I have to be on my bed and use my other leg to put presure on the bad leg. That All I've never said I didn't do them because it hurt. Who ever said all this stuff is falsifing statements.

Now I ask you how can I get help about my knee or any medical problem I may have when people ain't being truthful about what is going on.

The only option I have left is the 1983 act

Please check my medical records

Thank you



RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 8 2012

HEALTH & CORRECTIONAL PROGRAMS

IGTT430  
3GD

Attachment VI

INMATE NAME: Brannon, C.R. F.     ADC #: 124405     GRIEVANCE#:CU-12-02130

August 30, 2012, you grieved you are still unable to walk properly after having knee replacement surgery and that when you saw Dr. Moore on August 29 he did not show any actual concern about your problem. You complain you are in constant pain and Dr. Moore has taken away your wheel chair, extra mattress and all of your pain medication.

The medical department responded, "You were seen by Dr Moore on 8-29-12. Dr Crowell recommended knee exercises, Quadriceps strengthening and ambulation with a cane or crutches, not a wheel chair. You admitted to not performing the exercises because it hurt. You were informed there was no medical indication for an extra mattress at that visit. Dr Moores notes indicate he could not perform a complete assessment of your knee because you became angry and left. You have orders for Naproxen and Tylenol for pain. Your grievance is without merit. The response at the informal level was in error. If your medical condition changes please address any concerns through the sick call process."

You disagree with the Health Services Response in your October 3 appeal because Dr. Moore stated he did not see you on August 29, but he did. You state you asked him 3 or 4 times what could be done about your knee and he kept saying there is nothing they can do about your knee so you got up and left. The portion written below your signature line is prohibited by policy and not part of your appeal; you must write in the designated space.

The medical department acknowledged that the informal level response was in error, and that Dr. Moore did document seeing you on August 29. Ms. Bland had referred you to Dr. Moore when she saw you August 13 and you requested a script for an extra mattress because of back pain and something for diarrhea. Dr. Moore noted there were no radiographic studies of your back in your chart and that you denied any history of pressure sores; you responded you could not bend or straighten your left leg like you used to when asked about knee pain. You stated that you could not understand why other inmates who had knee replacement did not seem to have any problems; and Dr. Moore tried to explain to you that Dr. Crowell had not recommended a follow-up after your recent arthrolysis (loosening of adhesions in an ankylosed joint by surgery) and that your condition may be permanent. You demonstrated decreased flexion and extension of your left knee at one point, but became angry and argumentative and left before he could complete his examination. He observed you walk away very quickly without any indication of pain and only a mild limp. He documented no medical indication for an extra mattress at that time and that you had been non-compliant with treatment recommendations. You had current prescriptions for Salsalate and Tylenol and there is no documentation you requested additional medications for pain during your encounter with Ms. Bland or Dr. Moore. August 31 Dr. Moore mailed you a four page article on Arthrofibrosis to help you better understand your condition. Walking out of an evaluation with a provider will delay a full evaluation of your complaint; therefore, I find this appeal without merit.

It appears you are frustrated with the outcome of your knee surgery; regardless, you are encouraged to cooperate with your care plan in the future. While it may be painful, walking and exercising are imperative in order to restore full function to a joint after surgery and if those exercises are not performed immobility may result.

_____      11/14/12  
Director                                   Date