IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

C.R. FLOYD BRANNON
ADC #124405                                                                                    PLAINTIFF

v.                         No. 5:15-cv-315-DPM-JTR

JOHN O. LYTLE, Doctor, CCS; BERNARD
G. CROMWELL, Doctor, CCS; TROY MOORE,
Doctor, CCS; ESTELLA BLAND, APN, Cummins
Unit; and CCS INC.                                                                             DEFENDANTS

ORDER

On *de novo* review, the Court adopts the bulk of the recommendation, № 13, and overrules most of Brannon's objections, № 14. FED. R. CIV. P. 72(b)(3). The Court declines the recommendation without prejudice in one respect: a federal question—the § 1983 claim against Lytle—remains in the case; so for now, the Court will exercise supplemental jurisdiction over all Brannon's state malpractice claims—those against Lytle, and those against Cromwell, Moore, Bland, and CCS. 28 U.S.C. § 1367(a) & (c). Brannon's § 1983 claims against Cromwell, Moore, Bland, and CCS, which allege constitutionally inadequate medical care, are dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United State District Judge

24 March 2016