IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

C. R. FLOYD BRANNON
ADC # 124405                                                              PLAINTIFF

v.                              No. 5:15-cv-315-DPM

JOHN O. LYTLE, Doctor, CCS; BERNARD
G. CROWELL, Doctor, CCS; TROY MOORE,
Doctor, CCS; ESTELLA BLAND, APN,
Cummins Unit; and CCS INC.                                               DEFENDANTS

## JUDGMENT

Brannon's § 1983 claims against Crowell, Moore, Bland, and CCS are dismissed with prejudice. All his other claims against all defendants are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2017